**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF APRIL 5, 2016**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**WD78682**        **William Lane vs. State of Missouri**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------
**WD77807**        **State of Missouri vs. Nicholas Raheem Thomas**